# United States District Court

DISTRICT OF MASSACHUSETTS

CARNELL GARVIN

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05-30052-MAP

D.A. Sullivan & Sons, Inc. and
Construction Safety Services, Inc.

TO: (Name and address of defendant)

D.A. Sullivan & Sons, Inc.
82-84 North Street
Northampton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott E. Charnas, Esq.
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

February 23, 2005
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE

**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618
**Hampshire, ss.**

April 4, 2005

I hereby certify and return that on 4/1/2005 at 12:58 pm I served a true and attested copy of the SUMMONS & AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to DAN SULLIVAN, OFFICE MANAGER AND PERSON IN CHARGE AT THE ITME OF SERVICE AT D.A. SULLIVAN & SONS, INC. at 82-84 NORTH STREET, NORTHAMPTON, MA . In the service hereof, it was necessary and I actually used a motor vehicle 10 miles. Basic Service in hand ($30.00), Conveyance ($1.50), Travel ($7.68), Copies ($2.00), Attest ($5.00) Total Charges $46.18

Deputy Sheriff STEPHEN E. ZAHN                                      Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                                Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.