# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

CARNELL GARVIN

V.

D.A. SULLIVAN & SONS, INC. and
CONSTRUCTION SAFETY SERVICES, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-30052-MAP

TO: (Name and address of defendant)

Construction Safety Services, Inc.
One Monarch Place
Suite 1230
Springfield, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott E. Charnas, Esq.
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Mary Finn_

(BY) DEPUTY CLERK

_February 23, 2005_

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

April 4, 2005

I hereby certify and return that on 4/1/2005 at 01:15 pm I served a true and attested copy of the FEDERAL SUMMONS & AMENDED COMPLAINT in this action in the following manner: To wit, by delivering in hand to SANDY SHELNUT, SAFETY DIRECTOR, person in charge at the time of service for CONSTRUCTION SAFETY SERVICES INC, , ONE MONARCH Place, SPRINGFIELD, MA 01103.Attestation X 1 ($5.00), Travel ($2.56), Basic Service Fee ($30.00), Mailing1 ($1.00) Total Charges $38.56

Deputy Sheriff  JORGE DIAZ

_____
Deputy Sheriff

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                  Signature of Server

                                      _____
                                      Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.