United States District Court
District of Massachusetts

Civil Action No. 05-30052-MAP

CARNELL GARVIN, )
    Plaintiff, )
)
v. )
)
D.A. SULLIVAN & SONS, INC. and )
CONSTRUCTION SAFETY SERVICES, INC., )
    Defendants )

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendant, Construction Safety Services, Inc., in the above-captioned action.

        Respectfully submitted,
        Attorney for the Defendant,
        Construction Safety Services, Inc.,

        /s/ Steven M. O'Brien
        Steven M. O'Brien
        BBO # 543942
        Long & Houlden
        100 Summer Street, 11th Floor
        Boston, MA  02110
        Telephone: (617) 439-4777

DATE: 5/13/05