AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

## APPEARANCE

Case Number: 5-30052-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff, Carnell Garvin.

May 31, 2005
Date

Signature: *[signed]* ROBERT J. MONGELUZZI, ESQUIRE

SALTZ, MONGELUZZI, BARRETT & BENDESKY, PC
Print Name

One Liberty Place - 52nd Floor
1650 Market Street
Address

Philadelphia, PA    19103
City    State    Zip Code

(215) 496-8282
Phone Number