AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

## APPEARANCE

Case Number: 05-30052-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  plaintiff, Carnell Garvin.

 

May 31, 2005
Date

Signature    ANDREW R. DUFFY, ESQUIRE

SALTZ, MONGELUZZI, BARRETT & BENDESKY, PC
Print Name

One Liberty Place - 52nd Floor
1650 Market Street
Address

Philadelphia, PA     19103
City     State     Zip Code

(215) 496-8282
Phone Number