UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARNELL GARVIN,
    Plaintiff,

v.                                    C.A. No. 05-30052

D.A. SULLIVAN & SONS, INC. and
CONSTRUCTION SAFETY SERVICES, INC.,
    Defendants.

## CERTIFICATION

I, Scott J. Tucker, hereby certify that I have conferred with Mark Sullivan of D. A. Sullivan & Sons, Inc. and Wade Loud of Acadia Insurance Company and I:

1) have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2) have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                                                  The Defendant,
                                                  D. A. Sullivan & Sons, Inc.,
                                                  By its Attorneys,

                                                  _____
                                                  Scott J. Tucker – BBO# 503940
                                                  Tucker, Heifetz & Saltzman, LLP
                                                  Three School Street
                                                  Boston, MA 02108
                                                  (617) 557-9696

_____        _____
Mark Sullivan                                         Wade Loud
For D. A. Sullivan & Sons, Inc.            Acadia Insurance Company

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

6-14-05