UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARNELL GARVIN,            )
       Plaintiff    )
                   )
v.                         )    Civil Action No. 05-30052-MAP
                   )
                   )
D.A. SULLIVAN & SONS, INC., and  )
CONSTRUCTION SAFETY SERVICE,  )
INC.,                      )
       Defendants   )

SCHEDULING ORDER
June 23, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by July 22, 2005.

2. Any physical evidence relating to the incident shall be made available for inspection by August 15, 2005.

3. All written discovery shall be completed by February 1, 2006.

4. Non-expert depositions shall be completed by February 1, 2006.

5. Counsel shall appear for a case management conference on February 2, 2006, at 10:00 a.m. in Courtroom Three.

6. Motions to add parties and/or third party complaints shall be filed by February 20, 2006.

7. Plaintiff shall designate and disclose information regarding his trial

experts as required by FED. R. CIV. P. 26(a)(2) by March 15, 2006.

8. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 15, 2006.

9. All expert depositions shall be completed by August 1, 2006. Plaintiff's experts shall be deposed first, followed within thirty days by Defendants' expert.

IT IS SO ORDERED.

DATED: June 23, 2005

       /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge