UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARNELL GARVIN,
    Plaintiff,

v.                                     C.A. No. 05-30052

D.A. SULLIVAN & SONS, INC. and
CONSTRUCTION SAFETY SERVICES, INC.,
    Defendants.

### D. A. SULLIVAN & SONS, INC.'S AUTOMATIC DISCLOSURE

Now comes the Defendant, D. A. Sullivan & Sons, Inc., (hereinafter "Sullivan") and submits its Automatic Disclosure pursuant to Fed. R. Civ. P. 26 (a) (1) and Local Rules for the District of Massachusetts Rule 26.2.

A.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:

In addition to those persons identified in the Plaintiff Automatic Disclosure:

1.    Mark Sullivan
       D. A. Sullivan & Sons, Inc.
       Northampton, MA

2.    Tom Ryan
       D. A. Sullivan & Sons, Inc.
       Northampton, MA

3.    Roger Mee
       CSSI
       425 Union Street
       West Springfield, MA 01089

4.    Carmen Garvin

5.    Wayne A. McClintock
       Former employee of D. A. Sullivan
       58 Curtis Ave.
       Dalton, MA 01226

6.  Michael Shea
    Electrician subcontractor's foreman
    Address unknown

7.  Bernard J. Joly, Jr.
    A-Deck, Inc. - foreman
    Address unknown

8.  Steve John Smith
    A-Deck, Inc. - employee
    Address unknown


B.  DOCUMENTS:

1.  Project Manual

2.  D. A. Sullivan & Sons, Inc. – Safety and Health Handbook

3.  D. A. Sullivan & Sons, Inc. – A-Deck, Inc. - Subcontract – September 12, 2003

4.  Construction Safety Services, Inc. – D. A. Sullivan – Safety and Health Consulting Agreement – September 1, 2000.

5.  D. A. Sullivan & Sons, Inc. – Daily Report No. 00138 – July 23, 2004

6.  D. A. Sullivan & Sons, Inc. –Accident Report – July 23, 2004

7.  Statement – Steven John Smith

8.  Fall Protection Plan – Bernard J. Joly, Jr. / A-Deck, Inc. – July 26, 2004

9.  Construction Safety Services, Inc. – Site Safety Reviews – November 4, 2003 to November 18, 2004.

C.  DAMAGES:

    Not Applicable.

D.   INSURANCE POLICY:

   Acadia Insurance – Primary coverage - $1M
   Acadia Insurance – Excess coverage - $10M
   Fireman's Fund Insurance – Second layer of excess coverage - $15M

                                    The Defendant,
                                    D. A. Sullivan & Sons, Inc.,
                                    By its Attorneys,

                                    /s/ Scott J. Tucker
                                    Scott J. Tucker – BBO 503940
                                    Scott H. Kremer – BBO 559316
                                    Tucker, Heifetz & Saltzman, LLP
                                    Three School Street
                                    Boston, MA 02108
                                    (617) 557-9696

CERTIFICATE OF SERVICE
I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.
6/28/05 /s/ Scott Tucker

3