UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

CARNELL GARVIN,                          :

    Plaintiffs,                         :

v.                                       :    C.A. No. 05-30052

D.A. SULLIVAN & SONS, INC. and           :
CONSTRUCTION SAFETY SERVICES,
INC.,                                    :

    Defendants.                         :

_____

## CERTIFICATION

    I, Andrew R. Duffy, hereby certify that I have conferred with Carnell Garvin, and I:

1)    have established a budget for costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

2)    have considered the resolution of this litigation through the use of alternative dispute resolution programs.

                                The Plaintiff,
                                Carnell Garvin
                                By his Attorneys,

                                __/s/ Andrew R. Duffy_____
                                Robert Mongeluzzi, Esquire
                                Andrew R. Duffy, Esquire
                                Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
                                One Liberty Place – 52nd Floor
                                650 Market Street
                                Philadelphia, PA  19103

                                __/s/  Scott E. Charnas_____
                                Scott E. Charnas, Esquire
                                MANHEIMER & CHARNAS, LLP
                                210 Commercial Street
Dated:  8/10/05                 Boston, MA 02109

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARNELL GARVIN, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 05-30052 |
| D.A. SULLIVAN & SONS, INC. and CONSTRUCTION SAFETY SERVICES, INC., | : |
| | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the enclosed Certification was mailed via U.S. First Class Mail, postage pre-paid on August 10, 2005 to the individuals listed below:

| | |
|---|---|
| Scott J. Tucker, Esquire<br>Tucker, Heifetz & Saltzman<br>Three School Street<br>Boston, MA 02108 | Steven O'Brien, Esquire<br>Long & Houlden<br>100 Summer Street<br>Boston, MA 02110 |

        /s/ Andrew R. Duffy
    ANDREW R. DUFFY