UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARNELL GARVIN,
    Plaintiff,

v.                                                                                          C.A. No. 05-30052

D.A. SULLIVAN & SONS, INC.,
    Defendant/Third Party Plaintiff,
CONSTRUCTION SAFETY SERVICES, INC.,
    Defendant,

v.

A-DECK, INC.,
    Third-Party Defendant.

### AFFIDAVIT OF PROOF OF SERVICE

I, Scott J. Tucker, attorney for the Defendant/Third-Party Plaintiff, D.A. Sullivan & Sons, Inc. certify that notice of service of process in the above-captioned case was made upon the Third-Party Defendant, and a Third-Party Summons and Third-Party Complaint were sent to A-Deck, Inc., 990 East Main Street, Norristown, Pennsylvania by Certified Mail, Return Receipt Requested and that said receipt is attached hereto, along with a copy of the Third-Party Summons.

                                                                Defendant/Third-Party Plaintiff,
                                                                 D. A. Sullivan & Sons, Inc.,
                                                                 By its Attorneys,

                                                                 _____
                                                                 Scott J. Tucker, BBO#503940
                                                                 Tucker, Heifetz & Saltzman, LLP
                                                                 Three School Street
                                                                 Boston, MA 02108
                                                                 Tel. (617) 557-9696
                                                                 Fax. (617) 227-9191

*I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.*
*9-7-05*

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Massachusetts District of Springfield

PLAINTIFF
Carnell Garvin,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

D.A. Sullivan & Sons, Inc. and
Construction Safety Services, Inc.,

Case Number: 05cv30052

V. THIRD PARTY DEFENDANT
A-Deck, Inc.

To: Name and address of Third Party Defendant
A-Deck, Inc., 990 East Main Street, Norristown, PA

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Scott E. Charnas
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109

Andrew R. Duffy, Esquire
Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
One Liberty Place -52nd Floor
1650 Market Street
Philadelphia, PA 19103

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Scott J. Tucker
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 3 1 2005

CLERK

DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x ⟨signature⟩ Fabrizio | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>A-Deck, Inc.<br>990 East Main Street<br>Norristown, Pennsylvania 19401-4106<br><br>RECEIVED<br>SEP 06 2005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  TH&S  7001 0320 0003 3484 1408 | | |
| PS Form 3811, August 2001           Domestic Return Receipt                        102595-02-M-1540 | | |