UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-30052-MAP

```
                                    )
CARNELL GARVIN,                     )
      Plaintiff,                    )
                                    )
v.                                  )
                                    )
D.A. SULLIVAN & SONS, INC.,         )
      Defendant/Third-              )
      Party Plaintiff,              )
CONSTRUCTION SAFETY                 )
SERVICES, INC.,                     )
      Defendant,                    )
                                    )
v.                                  )
                                    )
A-DECK, INC.,                       )
      Third-Party Defendant.        )
                                    )
```

**ANSWER, AFFIRMATIVE DEFENSES AND JURY CLAIM OF A-DECK, INC. TO**

**THIRD-PARTY COMPLAINT**

FIRST DEFENSE

The third-party defendant, A-Deck, Inc., hereby responds to the enumerated paragraphs of the Third-Party Complaint ("complaint") as follows:

1. The third-party defendant admits the allegations of paragraph 2 of the complaint.

2. The third-party defendant lacks sufficient information from which it can admit or deny the allegations contained in paragraphs 1, 3 and 4 of the complaint.

3. The third-party defendant denies the allegations contained in paragraphs 5, 6, 7, 9 and 10 (as "Suffolk" is not a recognized entity in this case) of the complaint and all prayers for relief thereunder.

4. No response is called for with respect to paragraph 8 of the complaint, as it is a paragraph of incorporation. To the extent a response to this paragraph is sought, the allegations contained therein are expressly denied.

## SECOND DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## THIRD DEFENSE

This action must be dismissed should the court find the asserted contractual indemnity provisions upon which third-party plaintiff relies are void pursuant to public policy and the plain terms of G.L.c. 149, §29C.

## FOURTH DEFENSE

The asserted contractual obligations upon which this claim has been brought are barred by application of equitable doctrines of waiver or estoppel.

FIFTH DEFENSE

The claims made herein are barred in full, or in part, should the court find they have not been timely asserted.

SIXTH DEFENSE

The claims made herein are barred to the extent the court finds the third-party plaintiff is in breach of pertinent or material provisions of any contract between the parties.

WHEREFORE, the third-party defendant requests that this action be dismissed with prejudice and with costs and fees assessed against the third-party plaintiff.

THE DEFENDANT RESPECTFULLY REQUESTS A TRIAL BY JURY.

A-DECK, INC.,
By its attorney,

_____
David O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
100 State Street, 4th Floor
Boston, Massachusetts 02109
(617) 723-7201

DATED:   September 21, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of this document was served upon all counsel of record for each party by mail on September 21, 2005.

                                                          _____

                                                          David M. O'Connor