UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-30052-MAP

|  |  |
|---|---|
| CARNELL GARVIN, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| D.A. SULLIVAN & SONS, INC., | ) |
| Defendant/Third- | ) |
| Party Plaintiff, | ) |
| CONSTRUCTION SAFETY | ) |
| SERVICES, INC., | ) |
| Defendant, | ) |
|  | ) |
| v. | ) |
|  | ) |
| A-DECK, INC., | ) |
| Third-Party Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance as counsel for the third-party defendant, A-Deck, Inc.

                                                David M. O'Connor
                                                BBO No. 544166
                                                O'CONNOR & ASSOCIATES, LLC
                                                100 State Street, 4th Floor
                                                Boston, MA  02109
                                                (617) 723-7201

DATED:   September 21, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the above document was served by 1st class mail on all counsel of record on September 21, 2005.

_____
David M. O'Connor