UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30052-MAP

CARNELL GARVIN, )
     Plaintiff, )
)
v. )
)
D.A. SULLIVAN & SONS, INC. and )
CONSTRUCTION SAFETY SERVICES, INC., )
     Defendants )
)

**RULE 7.1(a) AND LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, CONSTRUCTION SAFETY SERVICES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Construction Safety Services, Inc., states that PPL Energy Services Northeast, Inc. is a parent corporation of Construction Safety Services, Inc. that owns 10% or more of its stock. The defendant, Construction Safety Services, Inc., further states that PPL Energy Services Holdings, Inc. is the parent corporation of PPL Energy Services Northeast, Inc.

Pursuant to Local Rule 7.3 for the United States District Court for the District of Massachusetts, the defendant, Construction Safety Services, hereby states that it is an individual, publicly held, domestic profit corporation incorporated in the Commonwealth of Massachusetts and having a principal office of business at One Monarch Place, Suite 1230, Springfield, Massachusetts 01144.

Respectfully submitted,

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on September 26, 2005.

*Steven M. O'Brien*

Steven M. O'Brien, Esq.
BBO# 543942
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
Telephone (617)439-4777

DATE: 9/26/05