UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30052-MAP

```
                                    )
CARNELL GARVIN,                     )
          Plaintiff,                )
                                    )
v.                                  )
                                    )
D.A. SULLIVAN & SONS, INC. and      )
CONSTRUCTION SAFETY SERVICES, INC., )
          Defendants                )
                                    )
```

**CERTIFICATION**

Defendant, CONSTRUCTION SAFETY SERVICES, INC., hereby certifies that we have conferred with our attorney, Steven M. O'Brien:

(a)  with a view toward establishing a budget for the costs of conducting the full course of discovery and alternative courses for resolution of this litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Steven M. O'Brien
BBO# 543942
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
Telephone (617) 439-4777

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on September 26, 2005.

Construction Safety Services, Inc. by:

_____
Sandy Shelnut, Regional Safety Director