UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-30052-MAP

```
                                    )
CARNELL GARVIN,                     )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
D.A. SULLIVAN & SONS, INC.,         )
        Defendant/Third-            )
        Party Plaintiff,            )
CONSTRUCTION SAFETY                 )
SERVICES, INC.,                     )
        Defendant,                  )
                                    )
v.                                  )
                                    )
A-DECK, INC.,                       )
        Third-Party Defendant.      )
                                    )
```

**ANSWER, AFFIRMATIVE DEFENSES AND
JURY CLAIM OF A-DECK, INC. TO AMENDED THIRD-PARTY COMPLAINT**

FIRST DEFENSE

The third-party defendant, A-Deck, Inc., hereby responds to the enumerated paragraphs of the Amended Third-Party Complaint ("complaint")as follows:

1.    The third-party defendant admits the allegations of paragraphs 2 and 3 of the complaint.

2.    The third-party defendant lacks sufficient information from which it can admit or deny the allegations contained in paragraphs 1 and 4 of the complaint.

3.    The third-party defendant denies the allegations
contained in paragraphs 5, 6, 7, 9 and 10 of the complaint and
all prayers for relief thereunder.

4.    No response is called for with respect to paragraph 8
of the complaint, as it is a paragraph of incorporation.  To the
extent a response to this paragraph is sought, the allegations
contained therein are expressly denied.

<u>SECOND DEFENSE</u>

The complaint fails to state a claim upon which relief can
be granted.

<u>THIRD DEFENSE</u>

This action must be dismissed should the court find the
asserted contractual indemnity provisions upon which third-party
plaintiff relies are void pursuant to public policy and the plain
terms of G.L.c. 149, §29C.

<u>FOURTH DEFENSE</u>

The asserted contractual obligations upon which this claim has
been brought are barred by application of equitable doctrines of
waiver or estoppel.

<u>FIFTH DEFENSE</u>

The claims made herein are barred in full, or in part, should the court find they have not been timely asserted.

<u>SIXTH DEFENSE</u>

The claims made herein are barred to the extent the court finds the third-party plaintiff is in breach of pertinent or material provisions of any contract between the parties.

<u>SEVENTH DEFENSE</u>

No indemnity provision was incorporated into the subcontract.

<u>EIGHTH DEFENSE</u>

The third-party plaintiff breached the subcontract and such breach relieved any obligation of A-Deck to perform thereunder.

WHEREFORE, the third-party defendant, A-Deck, Inc., requests that this action be dismissed with prejudice and with costs and fees assessed against the third-party plaintiff.

THE THIRD-PARTY DEFENDANT RESPECTFULLY REQUESTS A TRIAL BY JURY.

A-DECK, INC.,
By its attorney,


/s/ David M. O'Connor

David M. O'Connor
BBO No. 544166
O'CONNOR & ASSOCIATES, LLC
100 State Street, 4th Floor
Boston, Massachusetts 02109
(617) 723-7201

DATED:    December 28, 2005

## CERTIFICATE OF SERVICE

I, Joseph C. Abate, hereby certify that a true copy of this document was served upon all counsel of record by mail on December 28, 2005.

/s/ Joseph C. Abate

_____

Joseph C. Abate