UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARNELL GARVIN,<br>    Plaintiff | )<br>)<br>) | |
| v. | ) | Civil Action No.  05-30052-MAP |
| | )<br>) | |
| D.A. SULLIVAN & SONS, INC., and<br>CONSTRUCTION SAFETY SERVICE,<br>INC.,<br>    Defendants | )<br>)<br>)<br>) | |
| | ) | |
| v. | ) | |
| | ) | |
| A-DECK, INC.,<br>    Third-Party Defendant | )<br>) | |

<u>REVISED SCHEDULING ORDER</u>
January 11, 2006

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the parties' Joint Motion to Extend (Document No. 31) and revises the schedule as follows:

1. All written discovery and non-expert depositions shall be completed by May 1, 2006.

2. Counsel shall appear for a case management conference on May 10, 2006, at 12:30 p.m. in Courtroom Three.  The February 2, 2006 conference is cancelled.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by F<small>ED</small>. R. C<small>IV</small>. P. 26(a)(2) by June 1, 2006.

4.   Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 14, 2006.

5.   All expert depositions shall be completed by September 1, 2006. Plaintiff's experts shall be deposed first, followed within thirty days by Defendants' expert.

IT IS SO ORDERED.

DATED: January 11, 2006

                                             /s/ Kenneth P. Neiman
                                             KENNETH P. NEIMAN
                                             U.S. Magistrate Judge