## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CARNELL GARVIN,
     Plaintiff,

v.                                   C.A. No. 05-30052

D.A. SULLIVAN & SONS, INC.,
     Defendant/Third Party Plaintiff,
CONSTRUCTION SAFETY SERVICES, INC.,
     Defendant,

v.

A-DECK, INC.,
     Third-Party Defendant.

### NOTICE OF CHANGE OF ADDRESS

TO:    THE CLERK OF THE ABOVE-NAMED COURT:

Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for the Defendant/Third-Party Plaintiff in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, Massachusetts 02110
Tel: (617) 557-9696
Fax: (617) 227-9191

Defendant/Third-Party Plaintiff,
D. A. Sullivan & Sons, Inc.,
By its Attorneys,

_____
Scott J. Tucker, BBO#503940
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
Tel. (617) 557-9696
Fax. (617) 227-9191

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

4-25-06