UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARNELL GARVIN,  )<br>  )<br>     Plaintiff,  )<br>  )<br>v.  )<br>  )<br>D.A. SULLIVAN & SONS, INC.,  )<br>  )<br>     Defendant/Third-  )<br>     Party Plaintiff,  )<br>  )<br>CONSTRUCTION SAFETY  )<br>     SERVICES, INC.,  )<br>  )<br>     Defendant  )<br>  )<br>v.  )<br>  )<br>A-DECK, INC.,  )<br>  )<br>     Third-Party Defendant.  )<br>  ) | C.A. NO. 05-30052-MAP |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   Clerk of Court

Please enter the appearance of Kathleen M. Guilfoyle, Esquire of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant, Construction Safety Services, Inc., in the above captioned matter.

Respectfully submitted,

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, Esq., BBO #546512
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

Dated: April 28, 2006

## CERTIFICATE OF SERVICE

    I, Kathleen M. Guilfoyle, attorney for the defendant, Construction Safety Services, Inc., hereby certify that a true copy of the within was served upon all counsel of record for each party electronically and by mail on April 28, 2006.


                                                 /s/ Kathleen M. Guilfoyle
                                                 Kathleen M. Guilfoyle