UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARNELL GARVIN, <br><br> Plaintiff, <br><br> v. <br><br> D.A. SULLIVAN & SONS, INC., <br><br> Defendant/Third-Party Plaintiff, <br><br> CONSTRUCTION SAFETY SERVICES, INC., <br><br> Defendant <br><br> v. <br><br> A-DECK, INC., <br><br> Third-Party Defendant. | C.A. NO. 05-30052-MAP |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   Clerk of Court

Please enter the appearance of James M. Campbell, Esquire of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant, Construction Safety Services, Inc., in the above captioned matter.

Respectfully submitted,

/s/ James M. Campbell
James M. Campbell, Esq., BBO #541882
Campbell Campbell Edwards & Conroy, P.C.
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

Dated: April 28, 2006

## CERTIFICATE OF SERVICE

    I, Kathleen M. Guilfoyle, attorney for the defendant, Construction Safety Services, Inc., hereby certify that a true copy of the within was served upon all counsel of record for each party electronically and by mail on April 28, 2006.

                                          /s/ Kathleen M. Guilfoyle
                                          Kathleen M. Guilfoyle