UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARNELL GARVIN,<br> Plaintiff | )<br>)<br>) |
| v. | )   Civil Action No. 05-30052-MAP |
| | )<br>) |
| D.A. SULLIVAN & SONS, INC., and<br>CONSTRUCTION SAFETY SERVICE,<br>INC.,<br> Defendants | )<br>)<br>)<br>) |
| | ) |
| v. | )<br>) |
| A-DECK, INC.,<br> Third-Party Defendant | )<br>) |

FURTHER REVISED SCHEDULING ORDER
May 2, 2006

NEIMAN, U.S.M.J.

 The court hereby ALLOWS the parties' Joint Motion to Extend (Document No. 36) and revises the schedule as follows:

 1. All written discovery and non-expert depositions shall be completed by June 30, 2006.

 2. Counsel shall appear for a case management conference on July 7, 2006, at 10:00 a.m. in Courtroom Three. The May 10, 2006 conference is hereby cancelled.

 3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by July 3, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by August 15, 2006.

5. All expert depositions shall be completed by September 29, 2006. Plaintiff's experts shall be deposed first, followed within thirty days by Defendants' expert.

IT IS SO ORDERED.

DATED: May 6, 2006

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge