UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY -3 P 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CARNELL GARVIN,<br>    Plaintiff,<br><br>v.<br><br>D.A. SULLIVAN & SONS, INC.,<br>    Defendant/Third-<br>    Party Plaintiff,<br>CONSTRUCTION SAFETY<br>SERVICES, INC.,<br>    Defendant,<br><br>v.<br><br>A-DECK, INC.,<br>    Third-Party Defendant. | CIVIL ACTION<br>NO. 05-30052-MAP |

**NOTICE OF WITHDRAWAL**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please withdraw my appearance on behalf of the Defendant, Construction Safety Services, Inc., in the above-captioned matter. Attorney James M. Campbell now represents the Defendant, Construction Safety Services, Inc., in this matter.

                              Respectfully submitted,

                              /s/ Steven M. O'Brien
                              Steven M. O'Brien
                              BBO# 543942
                              Long & Houlden
                              100 Summer Street, 11th Floor
                              Boston, MA 02110
                              Telephone: (617) 439-4777

Dated: 5/2/06

**CERTIFICATE OF SERVICE**

I, Steven M. O'Brien, Attorney for the Defendant, Construction Safety Services, Inc., hereby certify that on this \_\_\_2nd\_\_\_ day of May, 2006, I have served a copy of the following documents:

1. NOTICE OF WITHDRAWAL

by mailing a copy of the same first-class mail, postage prepaid, to the following counsel of record:

Andrew R. Duffy, Esq.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103

Scott E. Charnas, Esq.
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 012108

Joseph C. Abate, Esq.
O'CONNOR & ASSOCIATES, LLC
100 State Street, 4th Floor
Boston, MA 02109

James M. Campbell, Esq.
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

_____
Steven M. O'Brien, Esq.
BBO# 543942
Long & Houlden
100 Summer Street, 11th Floor
Boston, MA  02110
Telephone: (617) 439-4777