UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CARNELL GARVIN,
    Plaintiff,

v.                                    C.A. No. 05-30052

D.A. SULLIVAN & SONS, INC.,
    Defendant/Third-Party Plaintiff,
CONSTRUCTION SAFETY SERVICES, INC.,
    Defendant,

v.

A-DECK, INC.,
    Third-Party Defendant.

### DEFENDANT/THIRD-PARTY PLAINTIFF, D.A. SULLIVAN & SONS, INC.'S, MOTION TO CONTINUE STATUS CONFERENCE – ASSENTED TO

    NOW COMES the Defendant/Third Party- Plaintiff, D.A. Sullivan & Sons, Inc., and respectfully requests that the Status Conference scheduled for July 7, 2006 be continued to a date between July 25 and July 27, 2006.

    As grounds therefore, counsel for D.A. Sullivan & Sons, Inc. will be on vacation starting July 7, 2006.

    All parties have assented to this motion.

    Defendant/Third-Party Plaintiff,
    D. A. Sullivan & Sons, Inc.,
    By its Attorneys,

    Scott J. Tucker, BBO#503940
    Tucker, Heifetz & Saltzman, LLP
    100 Franklin Street
    Boston, MA 02110
    Tel. (617) 557-9696
    Fax. (617) 227-9191

| | |
|---|---|
| Assented To: | Assented To: |
| Plaintiff,<br>Carnell Garvin,<br>By his Attorneys, | Defendant,<br>Construction Safety Services, Inc.,<br>By their Attorneys, |
| *[signature]*<br>Andrew R. Duffy, Esquire<br>546512<br>Mongeluzzi, Barrett & Bendesky, P.C<br>1650 Market Street<br>Philadelphia, PA 19103<br>Tel. (215) 496-8282<br>Fax. (215) 496-0999 | *[signature]*<br>Kathleen M. Guilfoyle, BBO#  BBO#<br><br>Campbell Campbell Edwards & Conroy, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>Tel. (617) 241-3000<br>Fax. (617) 241-5115 |
| Plaintiff,<br>Carnell Garvin,<br>By his Attorneys,<br>*[signature]*<br>Scott E. Charnas, BBO# 081240<br>Manheimer & Charnas, LLP<br>210 Commercial Street<br>Boston, MA 02109<br>Tel. (617) 557-4700<br>Fax. (617) 557-9199 | Third-Party Defendant,<br>A-Deck, Inc.<br>By its Attorneys,<br>*[signature]*<br>Joseph C. Abate, BBO# 544166<br>O'Connor & Associates, LLC<br>100 State Street – Fourth Floor<br>Boston, MA 02109-2306<br>Tel. (617) 723-7201<br>Fax. (617) 723-7202 |

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.

6-5-06 *[signature]*