UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARNELL GARVIN,<br>      Plaintiff<br><br>v.<br><br><br>D.A. SULLIVAN & SONS, INC., and<br>CONSTRUCTION SAFETY SERVICE,<br>INC.,<br>      Defendants<br><br>v.<br><br>A-DECK, INC.,<br>      Third-Party Defendant | Civil Action No.  05-30052-MAP |

FINAL SCHEDULING ORDER
July 26, 2006

NEIMAN, U.S.M.J.

      The court hereby revises the schedule in the manner indicated at the case management conference this day.

1. The parties shall report to the court in writing no later than October 16, 2006, whether they have be able to successfully mediate the case.

2. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 17, 2006.

3. All expert depositions shall be completed by January 12, 2007.  Plaintiff's experts shall be deposed first, followed within thirty days by Defendants' expert.

4. Counsel shall appear for a final pretrial conference on February 8, 2007, at 2:00 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: July 26, 2006

          /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge