UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| CARNELL GARVIN, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-30052-MAP |
| | ) | |
| | ) | |
| D.A. SULLIVAN & SONS, INC., and | ) | |
| CONSTRUCTION SAFETY SERVICE, | ) | |
| INC., | ) | |
|     Defendants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| A-DECK, INC., | ) | |
|     Third-Party Defendant | ) | |

REVISED FINAL SCHEDULING ORDER
September 20, 2006

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the parties' joint motion for a fourteen day extension of time and revises the schedule as follows:

1.     The parties shall report to the court in writing no later than October 30, 2006, whether they have be able to successfully mediate the case.

2.     Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by December 1, 2006.

3.     All expert depositions shall be completed by January 26, 2007.  Plaintiff's experts shall be deposed first, followed within thirty days by Defendants' expert, but in no case later than January 26, 2007.

4.  Counsel shall appear for a final pretrial conference on March 8, 2007, at 3:00 p.m. in Courtroom One.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

DATED: September 20, 1006

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge