

# SALTZ MONGELUZZI BARRETT & BENDESKY PC
## TRIAL LAWYERS

| | | | |
|---|---|---|---|
| STEPHEN T. SALTZ* | ARA RICHARD AVRIGIAN***†† | ONE LIBERTY PLACE | NEW JERSEY OFFICE |
| ROBERT J. MONGELUZZI*****† | JEFFREY F. LAFFEY***†† | 52ND FLOOR | PLAZA 1000 AT MAIN STREET |
| MICHAEL F. BARRETT*****†‡ | ROBYN L. GOLDENBERG***** †† | 1650 MARKET STREET | SUITE 206 |
| LARRY BENDESKY***† | CATHERINE E. MARGOLIS** | PHILADELPHIA, PA 19103 | VOORHEES, NJ 08043 |
| ROBERT N. BRAKER** | DONNA LEE JONES*†† | | |
| DAVID L. KWASS*** | MICHAEL J. HOPKINS***†† | VOICE  215.496.6282 | |
| | MARY T. GIDARO*** | FAX  215.496.0999 | VOICE  856.751.8383 |
| | BRIAN E. FRITZ** | | FAX  856.751.0868 |
| * MEMBER PA BAR | ANDREW R. DUFFY***†† | EMAIL  INFO@SMBB.COM | |
| ** MEMBER PA & NJ BARS | V. PAUL BUCCI II° | WEB  WWW.SMBB.COM | |
| *** MEMBER PA, NJ & NY BARS | THOMAS B. MALONE°° | | |
| **** MEMBER PA, NJ, NY & DC BARS | | OF COUNSEL | |
| ***** MEMBER PA, NJ, NY & FL BARS | | PASQUALE E. BIANCULLI** | |
| ° MEMBER PA & WVA BARS | | STANLEY M. SCHWARZ* | |
| °° MEMBER PA & NY BARS | | DANIEL A. SCHWARZ***†† | |
| † MANAGING ATTORNEY NJ OFFICE | | EUNICE TREVOR* | |
| †† LL.M., TRIAL ADVOCACY | | BRIAN D. ROSENTHAL** | |
| ‡ NBTA CERTIFIED CIVIL TRIAL ADVOCATE | | | |

November 17, 2006

Honorable Michael A. Ponsor
U.S. District Court
District of Massachusetts
1550 Main Street
Springfield, MA 01103

   Re: *Carnell Garvin v. D.A. Sullivan & Sons, Inc., et al*
     Case No.: 3:05-cv-30052-MAP

Dear Judge Ponsor:

  This office represents plaintiff in the above-referenced matter. I am pleased to report that the parties have amicably resolved this matter. We are in the process of finalizing the settlement documents and I will file the appropriate dismissal as soon as the settlement is finalized.

  Thank you for Your Honor's attention in this matter.

          Respectfully yours,

          SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

          BY: _____
             ANDREW R. DUFFY

ARD/tms
 cc: Kathleen M. Guifoyle, Esquire
   Scott J. Tucker, Esquire
   Joseph C. Abate, Esquire