UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CARNELL GARVIN

      V.                      CA 05-30052-MAP

D.A. SULLIVAN & SONS, INC, ET AL

## SETTLEMENT ORDER OF DISMISSAL

    The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

    IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.

DATED:   NOVEMBER 24, 2006

                                        SARAH THORNTON  
                                        CLERK

                                BY:  /s/Elizabeth A. French  
                                         Elizabeth A. French  
                                         Deputy Clerk