UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05-30052-MAP

|  |  |
|---|---|
| CARNELL GARVIN,<br>　　Plaintiff,<br><br>v.<br><br>D.A. SULLIVAN & SONS, INC.,<br>　　Defendant/Third-<br>　　Party Plaintiff,<br>CONSTRUCTION SAFETY<br>SERVICES, INC.,<br>　　Defendant,<br><br>v.<br><br>A-DECK, INC.,<br>　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

　　The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above-referenced action, be dismissed with prejudice, without costs, and waiving all rights of appeal.

| CARNELL GARVIN | A-DECK, INC. |
|---|---|
| By his attorney, | By its attorney, |
| /s/ Andrew R. Duffy | /s/ David M. O'Connor |
| _____ | _____ |
| Andrew R. Duffy | David M. O'Connor |
| SALTZ, MONGELUZZI, | BBO No. 544166 |
| BARRETT & BENDESKY, P.C. | O'CONNOR & ASSOCIATES, LLC |
| One Liberty Place | 100 State Street, 4th Floor |
| 52nd Floor | Boston, MA 02109 |
| 1650 Market Street | (617) 723-7201 |
| Philadelphia, PA 19103 | |
| (215) 496-8282 | |

| | |
|---|---|
| D.A. SULLIVAN & SONS<br>By its attorney, | CONSTRUCTION SAFETY SERVICES<br>By its attorney, |
| /s/ Scott J. Tucker<br>_____<br>Scott J. Tucker<br>BBO NO. 503940<br>TUCKER, HEIFETZ<br>& SALTZMAN, LLP<br>100 Federal Street<br>Boston, MA 02110<br>(617) 557-9696 | /s/ Kathleen M. Guilfoyle<br>_____<br>Kathleen M. Guilfoyle<br>BBO NO.<br>CAMPBELL, CAMPBELL,<br>EDWARDS & CONROY, PC<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3109 |

Dated: January 5, 2007